IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-00281

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

Plaintiff,

vs.

MARTIN A. STAEBELL, a resident of Colorado,

Defendant.

## ORDER GRANTING TEMPORARY RESTRAINING ORDER

THIS MATTER comes before the Court on Plaintiff American Family Mutual Insurance Company's ("American Family") Motion for a Preliminary Injunction and Temporary Restraining Order. Having considered this Motion, the applicable law, and being otherwise fully advised in the premises, the Court hereby grants the Motion and enters a Temporary Restraining Order. Pursuant to the Temporary Restraining Order, Defendant Martin A. Staebell is enjoined and shall cease to solicit, contact or in any way attempt to persuade any individual(s) included on any American Family customer database list on or before November 9, 2007 from cancelling their American Family Insurance Policy and/or purchasing any type of insurance through Steabell Insurance Group.

~~This Court shall hear from the parties on American Family's Motion for a Preliminary Injunction on _____, 2008 at _____ am/pm.~~

SO ORDERED this 15 day of February, 2008.

BY THE COURT:

_John L. Kane_
District Judge