**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge John L. Kane**

Date: February 15, 2008                    ECR: Kathy Terasaki
                                            Deputy Clerk: LaDonne Bush
Civil Action No. 08-cv-00281-REB

AMERICAN FAMILY MUTUAL INSURANCE          Anne E. Kelly
COMPANY, a Wisconsin corporation,

      Plaintiff,

v.

MARTIN A. STAEBELL, a resident of Colorado,          F. Kelly Smith

      Defendant.

_____

**COURTROOM MINUTES**
_____

**Hearing on Motion**

1:58 p.m.      Court in session.

Statements by Ms. Kelly and Mr. Smith.

**ORDERED:**  Motion for Leave to Conduct Expedited Discovery (Doc. 7) is granted as
              set forth on the record.  A written order will be entered.

2:08 p.m.      Court in recess.

Hearing concluded.
Time - 00:10