IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-00281-REB**

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**, a Wisconsin corporation,

    Plaintiff,

v.

**MARTIN A. STAEBELL,** a resident of Colorado,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Plaintiff American Family Mutual Insurance Company's Motion for Expedited Discovery (Doc. 7). Having considered this Motion, the statements of counsel, the applicable law, and being otherwise fully advised in the premises, it is

ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that Defendant Martin A. Staebell shall permit plaintiff's computer forensic expert or experts access to every computer that is owned by, leased by, used by, or otherwise in the possession of Mr. Staebell personally or Staebell Insurance Group for the purpose of imaging and inspecting those computers no later than 3:00 p.m. on Saturday, February 16, 2008.

IT IS FURTHER ORDERED that any and all data collected in this examination and sweep of defendant's computers and those owned by his company, Staebell Insurance Group, is subject to a protective order and shall not be used by plaintiff or

anyone in plaintiff's control or performing services for plaintiff for any purpose at all, except in connection with the instant litigation, and shall not be disclosed to any other parties except by prior order of court.

IT IS FURTHER ORDERED that copies, whether in printed form or electronic media, shall be provided by plaintiff to defendant's counsel of any and all data obtained. Plaintiff shall have the right to claim privilege to any specific items provided.

IT IS FURTHER ORDERED that defendant shall not destroy, alter, or conceal any data reasonably related to the issues in this case including all data on all computers, printed matters and other things subject to discovery.

If any further disputes about this discovery occur, the parties are hereby advised that the Court will consider the imposition of sanctions against any offending party.

DATED this 15th day of February, 2008.

BY THE COURT:

***S/John L. Kane***
John L. Kane, Judge
United States District Court