# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 08-cv-00281-REB-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** March 4, 2008 | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation, | Anne E. Kelly, via telephone |
| **Plaintiff,** | |
| v. | |
| MARTIN A. STAEBELL, | F. Kelly Smith, via telephone |
| **Defendant.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** TELEPHONIC DISCOVERY CONFERENCE
**Court in Session:** 2:15 p.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Unopposed Motion for Leave to Conduct Expedited Discovery [filed February 29, 2008; doc. 16] is granted for the reasons stated on the record.

HEARING CONCLUDED.
**Court in recess:** 2:18 p.m.
Total time in court: 00:03