IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

**Date: March 12, 2008**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No. 08-cv-00281-REB-CBS**

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY,<br>    Plaintiff<br>v. | Brent Anderson |
| MARTIN A. STAEBELL,<br>    Defendant | Kelly Smith |

---

**COURTROOM MINUTES-PRELIMINARY INJUNCTION HEARING**
---

**9:02 a.m.     Court in session.**

The Defendant's appearance has been waived for this hearing.

Appearances of counsel.

Opening statements by the court.

The parties informs the Court that they have reached a settlement.

The parties make an oral motion to extend the Temporary Restraining Order until March 19, 2008.

The Plaintiff informs the Court as to the terms of the settlement.

Statements to the Court by Mr. Smith, for the defendant.

**It was ORDERED:**

      1.     That the order granting the Temporary Restraining Order entered on

February 13, 2008, shall be extended until no later that the **close of business on March 19, 2008;**

2. That the parties' stipulation resolving the claims and defenses raised by and inherent to this action is approved, adopted, and ordered implemented effective forthwith; and

3. The parties shall file the appropriate settlement and/or dismissal documents with the Court **on or before March 19, 2008.**

**9:14 a.m.     Court in recess**.

*Total court time: 00:12 minutes - hearing concluded*