# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 08-cv-00281-REB-CBS

AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Wisconsin corporation,

    Plaintiff,

v.

MARTIN A. STAEBELL, a resident of Colorado,

    Defendant.

## STIPULATED PERMANENT INJUNCTION ORDER

**Blackburn, J.**

    The matter before the court is the **Joint Motion To Enter Permanent Injunction and Notice of Dismissal** [#24], filed March 19, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted, that defendant Martin A. Staebell should be permanently enjoined from using or misappropriating the plaintiff's trade secrets and confidential information, and that this action should be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion To Enter Permanent Injunction and Notice of Dismissal** [#24], filed March 19, 2008, is **GRANTED**;

    2. That defendant Martin A. Staebell is **PERMANENTLY ENJOINED** from using or misappropriating plaintiff American Family Mutual Insurance Company's ("American Family") trade secrets and confidential information, as defined in American Family's

Complaint;

3. That defendant Martin A. Staebell, Staebell Insurance Group, and its agents, employees, officers, directors, insurers, predecessors, successors, assigns, divisions, subsidiaries, parent and affiliated companies, past and present are **PERMANENTLY ENJOINED** from soliciting, accepting, or placing any insurance related business from any current or former American Family policy holder for whom Staebell serviced, sold insurance policies to and/or worked with in any way while an agent with American Family; provided, furthermore, that the "business" referred to in this paragraph includes but is not limited to business associated with insurance policy renewals;

4. That pursuant to F.R.C.P. Rule 65(d)(2), this Permanent Injunction is binding on Staebell and Staebell Insurance Group, and on those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise;

5. That judgment **SHALL ENTER** on the terms of this Permanent Injunction; and

6. That this action **IS DISMISSED WITH PREJUDICE**.

Dated March 20, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**